CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **WITH PURPOSE, INC.** | § | **Case No. 23-30246-MVL-7** |
| **Debtor.** | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Adv. No. 25-03009-mvl** |
| **BANZAI ADVISORY GROUP, LLC and TOBY NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**AGREED SCHEDULING ORDER**

This agreed scheduling order (the **"Scheduling Order"**) is submitted by Plaintiff Scott M. Seidel, the duly-appointed chapter 7 trustee for the estate of With Purpose, Inc., and Defendants Banzai Advisory Group, LLC and Toby Neugebauer (collectively, the **"Parties"**). The Parties,

through counsel, have met and conferred regarding various issues related to this adversary proceeding. The undersigned counsel for the Parties to this adversary proceeding represent to this Court that they have conferred and agreed to the terms of this Scheduling Order.

**IT IS HEREBY ORDERED** that the following schedule of deadlines shall govern this adversary proceeding and remain in effect unless modified by further order of this Court (or agreement of the Parties to extend any deadlines set forth below, other than the trial setting, which can only be adjusted by subsequent Court order):

| | |
|---|---|
| **June 18, 2026** | Deadline for the Parties to serve Initial Disclosures pursuant to Federal Rule of Civil Procedure (**"FRCP"**) 26(a)(1) (as incorporated by Federal Rule of Bankruptcy Procedure (**"FRBP"**) 7026), which is 14 days from the Parties' 26(f) conference. |
| **September 18, 2026** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026) to be made by the Party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **October 16, 2026** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2)(D) (as incorporated by FRBP 7026), which is within 30 days of the expert disclosure being rebutted. |
| **November 18, 2026** | Deadline to complete all discovery. |
| **December 22, 2026** | Deadline for filing dispositive motions. |
| **March 5, 2027** | Deadline for the Parties to (i) exchange all exhibits, except for impeachment documents, along with a list of witnesses to be called; and (ii) file a list of exhibits and witnesses. "Exhibit" includes deposition excerpts to be used at trial, pursuant to local bankruptcy rule 7026-1(b). Each exhibit shall be marked with an exhibit label. All exhibits not objected to in writing by the Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up at the Docket Call. |
| **March 26, 2027** | Deadline to file, serve, and upload the Parties' Joint Pretrial Order, in compliance with Local Bankruptcy Court Rule 7016-1. |

| | |
|---|---|
| **March 26, 2027** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law. |
| **March 26, 2027** | Deadline to file Trial Briefs. |
| **April 2, 2027** | Deadline for the Parties to file objections, except with regard to relevance (such objections being reserved for trial), to designated trial exhibits, including deposition excerpts. |
| **April 6, 2027 at 1:15 pm CT** | Trial Docket Call. The Court will schedule the trial, usually to occur the week following Docket Call. |

**IT IS FURTHER ORDERED** that at the Docket Call, all Parties and their counsel must certify to full compliance with this Scheduling Order. If a resetting is allowed by the Court, the Plaintiff's attorney shall notify all parties in interest of such resetting and shall file with the Clerk a certificate of service indicating the manner, date, and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this Scheduling Order is without prejudice to any Party seeking further extensions of deadlines in the Scheduling Order or seeking amendments to the Scheduling Order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Scheduling Order.

**# # # END OF ORDER # # #**

**AGREED as of July 9, 2026:**

By: */s/ Chase J. Potter*
**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**ANNA OLIN RICHARDSON**
Texas Bar No. 24102947
E-Mail: anna@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND SPECIAL COUNSEL FOR TRUSTEE**

By: */s/ Michael J. Lang (w/permission)*
Trey Crawford
SBN 24059623
tcrawford@cwl.law
Michael J. Lang
SBN 24036944
mlang@cwl.law
Alexandra Ohlinger
SBN 24091423
aohlinger@cwl.law
Gracen Moreno
SBN 24116248
gmoreno@cwl.law
David M. Akere
SBN 24126294
dakere@cwl.law

1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**CRAWFORD, WISHNEW & LANG PLLC**

**COUNSEL FOR DEFENDANTS BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEBAUER**