Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
Gracen Moreno - SBN 24116248
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law
gmoreno@cwl.law

***Counsel for Banzai Advisory Group, LLC and Toby Neugebauer***

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**WITH PURPOSE, INC.,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 23-30246-mvl-7**<br><br>**Chapter 7** |
| **SCOTT M. SEIDEL, TRUSTEE,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEGAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25-03009-mvl** |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM MASTER MAILING LIST AND CM/ECF NOTIFICATIONS

COMES NOW, the law firm of Crawford, Wishnew & Lang PLLC, including its attorneys, Trey Crawford, Michael Lang, Alexandra Ohlinger, and Gracen Moreno, as former attorneys for

Defendants Banzai Advisory Group, LLC and Toby Neugebauer (collectively, "Defendants"), and hereby requests Court authorization to withdraw from this case.

No party will be prejudiced by this withdrawal. Defendants will continue to be represented by Jeffrey M. Tillotson, with the firm Tillotson Patton, who filed a Notice of Appearance on August 17, 2026 (Doc. 42). Counsel for Plaintiff does not oppose the withdrawal.

The undersigned further requests that all attorneys and staff from Crawford, Wishnew & Lang PLLC be removed from the CM/ECF noticing list and Master Mailing List in this case.

WHEREFORE, for the reasons set forth herein, the undersigned requests that the Court enter the Order substantially in the form attached as "Exhibit A", authorizing law firm of Crawford, Wishnew & Lang PLLC, including its attorneys, Trey Crawford, Michael Lang, Alexandra Ohlinger, and Gracen Moreno, to withdraw as counsel of record for Defendants in this case.

September 28, 2026

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

/s/ *Trey Crawford*

Trey Crawford
SBN 24059623
tcrawford@cwl.law
Michael J. Lang
SBN 24036944
mlang@cwl.law
Alexandra Ohlinger
SBN 24091423
aohlinger@cwl.law
Gracen Moreno
SBN 24116248
gmoreno@cwl.law

1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

*Counsel for Banzai Advisory Group, LLC and Toby Neugebauer*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I served a copy of the foregoing document electronically to all filers of record via the CM/ECF system and/or email.

/s/ *Trey Crawford*
Trey Crawford

**EXHBIIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 23-30246-mvl-7** |
| **WITH PURPOSE, INC.,** | § | **Chapter 7** |
| **Debtor.** | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| **Plaintiff** | § | **Adversary No. 25-03009-mvl** |
| **v.** | § | |
| **BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEGAUER,** | § | |
| **Defendants.** | § | |

**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

CAME ON FOR CONSIDERATION the Motion to Withdraw as Counsel and Request for Removal from Master Mailing List and CM/ECF Notifications filed by Crawford, Wishnew & Lang PLLC (the "Motion to Withdrawal"). Upon consideration of the Motion to Withdrawal and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion to Withdrawal is GRANTED effective as of the date of this Order; and

It is FURTHER ORDERED that all attorneys and staff with Crawford, Wishnew & Lang PLLC, including Trey Crawford, Michael Lang, Alexandra Ohlinger, and Gracen Moreno, should be removed from CM/ECF and the Master Mailing List.

Signed:

____________________________
Michelle V. Larson
United States Bankruptcy Judge