**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.** | § | **Case No. 23-30246-MVL-7** |
| | § | |
| **Debtor.** | § | |

| | | |
|---|---|---|
| | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03009-mvl** |
| | § | |
| **BANZAI ADVISORY GROUP, LLC and TOBY NEUGEBAUER,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given that Austen Irrobali and Sara Babineaux of TILLOTSON PATTON are entering their appearance as additional counsel for Defendants Banzai Advisory Group, LLC and Toby Neugebauer and requests that all related filings and notices from the Court, copies and pleadings be sent to them at the following address:

Austen Irrobali
Texas Bar No. 24092564
airrobali@tillotsonlaw.com
Sara Babineaux
Texas Bar No. 24125102
sbabineaux@tillotsonlaw.com
TILLOTSON PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone

Dated: September 30, 2026

Respectfully Submitted,

*/s/ Austen Irrobali*
Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
State Bar No. 24122158
eramirez@tillotsonlaw.com
Austen Irrobali
Texas Bar No. 24092564
airrobali@tillotsonlaw.com
Sara Babineaux
Texas Bar No. 24125102
sbabineaux@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on September 30, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Austen Irrobali*
Austen Irrobali