CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 29, 2026**

Michelle V. Larson

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 23-30246-mvl-7** |
| **WITH PURPOSE, INC.,** | § | **Chapter 7** |
| **Debtor.** | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| **Plaintiff** | § | **Adversary No. 25-03009-mvl** |
| **v.** | § | |
| **BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEGAUER,** | § | |
| **Defendants.** | § | |

**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

CAME ON FOR CONSIDERATION the Motion to Withdraw as Counsel and Request for Removal from Master Mailing List and CM/ECF Notifications [#43] filed by Crawford, Wishnew & Lang PLLC (the "Motion to Withdrawal"). Upon consideration of the Motion to Withdrawal and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion to Withdrawal is GRANTED effective as of the date of this Order; and

It is FURTHER ORDERED that all attorneys and staff with Crawford, Wishnew & Lang PLLC, including Trey Crawford, Michael Lang, Alexandra Ohlinger, and Gracen Moreno, should be removed from CM/ECF and the Master Mailing List.

###End of Order ###

Prepared by:
Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
**Crawford Wishnew & Lang PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law

***Counsel for Banzai Advisory Group, LLC***
***and Toby Neugebauer***