Chase J. Potter
Texas State Bar No. 24088245
potter@imcplaw.com
Joshua L. Shepherd
Texas State Bar No. 24058104
shepherd@imcplaw.com
Benjamin L. Weible
Texas State Bar No. 24068834
weible@imcplaw.com
Ryan M. Anderson
Texas State Bar No. 24143563
anderson@imcplaw.com
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
(214) 432-1536

COUNSEL FOR THE AGENT AND
SPECIAL COUNSEL FOR TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**WITH PURPOSE, INC.,**<br><br>***Debtor*.** | §<br>§<br>§<br>§<br>§<br>§ | **Chapter 7**<br><br>**Case No. 23-30246-mvl-7** |
| **SCOTT M. SEIDEL, TRUSTEE,**<br>***Plaintiff*,**<br><br>**v.**<br><br>**BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEBAUER,**<br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25-03009-mvl** |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as additional counsel for the Plaintiff. Chase J. Potter, of Iacuone McAllister Potter PLLC, shall continue to serve as lead counsel for Plaintiff in this action. The undersigned respectfully requests, pursuant to Federal Rule of Bankruptcy Procedure 9010, that all notices given or required to be given in this adversary proceeding, and all papers served or required to be served in this adversary proceeding, be served upon Plaintiff, by and through service on the following additional counsel:

Benjamin L. Weible
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-1536 – Telephone
Email: weible@imcplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**[Remainder of page left intentionally blank]**

Respectfully submitted,

*/s/ Benjamin L. Weible*

**CHASE J. POTTER**
Texas Bar No. 24088245
potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
shepherd@imcplaw.com
**BENJAMIN L. WEIBLE**
Texas Bar No. 24068834
weible@imcplaw.com
**RYAN M. ANDERSON**
Texas Bar No. 24143563
anderson@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
(214) 432-1536

**COUNSEL FOR THE AGENT AND SPECIAL COUNSEL FOR TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, contemporaneously with its filing, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case.

*/s/ Benjamin L. Weible*
**BENJAMIN L. WEIBLE**