# EXHIBIT 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**WITH PURPOSE, INC.,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 23-30246-mvl-7**<br><br>**Chapter 7** |
| **SCOTT M. SEIDEL, TRUSTEE,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**BANZAI ADVISORY GROUP, LLC AND TOBY NEUGEGAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25-03009-mvl** |

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO BANKRUPTCY RULE 7026**

Defendant Banzai Advisory Group, LLC and Toby Neugebauer ("Defendants") hereby serve their initial disclosures to Plaintiff Scott M. Seidel ("Plaintiff" or "Trustee") pursuant to FED. R. CIV. P. 26(a), as made applicable to this proceeding by FED. R. BANKR. P. 7026:

**(i) The name, and if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support his claims or defenses, unless the use would be solely for impeachment;**

**Disclosure:**

**(1) Scott M. Seidel, Trustee**
c/o Chase J. Potter (potter@imcplaw.com)
Joshua L. Shepherd (shepherd@imcplaw.com)
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-6744

Plaintiff is the acting Chapter 7 Trustee of the bankruptcy estate (the "Estate") of With Purpose, Inc. (the "Debtor" or "WPI").

**(2) Toby Neugebauer**
c/o Trey Crawford (tcrawford@cwl.law)
Michael J. Lang (mlang@cwl.law)
Alexandra Ohlinger (aohlinger@cwl.law)
CRAWFORD, WISHNEW LANG PLLC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

Mr. Neugebauer has knowledge and discoverable information regarding the transfers at issue and the claims and defenses raised in this adversary proceeding.

**(3) Dan Muprhy**
Telephone: (512) 879-7981

Mr. Murphy, who served as Chief Executive Officer of GRAC, will have knowledge and discoverable information regarding the planned credit card business structure of the GloriFi Credit Card Program, including a credit card special purpose entity that was to be used to purchase credit card receivables (GRAC) from Deserve, Inc. as well as the Secured Promissory Note with Banzai to allow GRAC to purchase receivables from Deserve, Inc. until a warehouse facility (Fortress) was in place to fund the purchases.

**(4) Jin Kang**
Telephone: (551) 574-2357

Mr. Kang was the Chief Operating Officer of With Purpose, Inc. and will have knowledge regarding the planned credit card business structure of the GloriFi Credit Card Program, including a credit card special purpose entity that was to be used to purchase credit card receivables (GRAC) from Deserve, Inc. as well as the Secured Promissory Note with Banzai to allow GRAC to purchase receivables from Deserve, Inc. until a warehouse facility (Fortress) was in place to fund the purchases.

**(5) Kalpesh Kapidia**

Mr. Kapidia was the CEO of Deserve, Inc. at the time and may have knowledge regarding the relationship between Debtor, GRAC, and Deserve, Inc., as well as GRAC's purchase of receivables and the transfer of receivables.

**(6) Scot Lenoir**

Mr. Lenoir was the Chairman of Evolve Bank & Trust and may have knowledge regarding the GRAC bank account. Mr. Lenoir's contact information will be supplemented once received.

**(7) Charles Hamilton**
Telephone: (806) 789-4300

Mr. Hamilton was a member of GloriFi's Board of Directors. He will have knowledge regarding the Banzai Transaction.

**(8) John Norwood**
Telephone: (432) 553-2221

Mr. Norwood was a member of GloriFi's Board of Directors. He will have knowledge regarding the Banzai Transaction.

**(9) Alan Carr**

Mr. Carr was a member of GloriFi's Board of Directors. He will have knowledge regarding the Banzai Transaction. Mr. Carr's contact information will be supplemented once received.

**(10) Bryan Joiner**
c/o Jill Pennington (jcpennington@permian.law)
Smith Clark Pennington PLLC
6 Desta Drive, Ste. 3333
Midland, Texas 79705
Telephone: (432) 307-3333

Mr. Joiner has knowledge and discoverable information regarding the transactions, claims, and defenses raised in this adversary proceeding, and the Transfers at issue.

**(11) Additional Identifications**
All persons/entities identified by the Plaintiff in Plaintiff's initial disclosures, and in any supplements or amendments thereto, or in discovery or pleadings in this case.

Defendants reserve the right to supplement this information upon the continuation and/or completion of discovery and further investigation, upon further order of the Court, and/or in conformance with the then applicable scheduling order and applicable law.

**(ii) A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in his possession, custody, or control and may use to support his claims or defenses, unless the use would be solely for impeachment;**

**Disclosure:**

| Documents by Category | Location |
|---|---|
| Contracts | CWL |
| Transaction Records and communications | CWL |
| Presentations and marketing materials | CWL |

Defendants reserve the right to supplement this information upon the continuation and/or completion of discovery and further investigation, upon further order of the Court, and/or in conformance with the then applicable scheduling order and applicable law.

**(iii) A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;**

**Disclosure:** Defendants are not seeking recovery of any damages in this case at this time.

**(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy judgment.**

**Disclosure:** None.

Date: June 18, 2026

Respectfully submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

/s/ *Trey Crawford*

Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551

*COUNSEL FOR DEFENDANTS*
*BANZAI ADVISORY GROUP, LLC*
*AND TOBY NEUGEGAUER*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I served a copy of the foregoing document electronically to all filers of record via the CM/ECF system and/or email.

/s/ *Trey Crawford*
Trey Crawford