CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 6, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WITH PURPOSE, INC.** | § | **Case No. 23-30246-MVL-7** |
| | § | |
| ***Debtor*.** | § | |
| | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03009-mvl** |
| | § | |
| **BANZAI ADVISORY GROUP, LLC and TOBY NEUGEBAUER,** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' NOTICES OF NON-PARTY SUBPOENAS**

On October 16, 2026, the Court held an expedited hearing (the "Hearing") to consider the Trustee's *Motion for Protective Order Regarding Defendants' Notices of Non-Party Subpoenas*

[Adv. Dkt. No. 54] (the "Motion"), along with the *Response* [Adv. Dkt. No. 59]. Upon review of the Motion, the Response, and the respective arguments of counsel at the Hearing, and after due deliberation, the Court finds that the Motion should be GRANTED IN PART and DENIED IN PART for the reasons stated by the Court on the record at the Hearing. In accordance with such ruling stated on the record, it is hereby:

**ORDERED** that, in the exercise of the Court's discretion to regulate the sequencing of discovery, the subpoenas noticed in Defendants' notices of non-party subpoenas directed to Richard L. Jackson and Vivek Ramaswamy are **QUASHED** as to the dates noticed; it is further

**ORDERED** that this Order is without prejudice to (i) Defendants' ability to issue third-party subpoenas in the future; and/or (ii) any potential objections (from Plaintiff or any interested party) to any such future third-party subpoenas; it is further

**ORDERED** that all relief requested in the Motion not expressly granted herein is **DENIED**.

**# # # END OF ORDER # # #**